```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**John R. Griffin, Jr.**

    **v.**                                  Case No. 08-cv-07-PB

**Town of Whitefield, et al.**


## O R D E R

The only remaining claims are state law claims that the plaintiff asserts against Caroline Lack.  The court appears to lack jurisdiction to consider these claims.  On or before August 20, 2008, plaintiff shall show cause as to why the remaining claims against defendant Lack should not be dismissed without prejudice to his right to refile the claims in state court.

    SO ORDERED.

                                                  /s/Paul Barbadoro

                                                Paul Barbadoro
                                                United States District Judge

August 8, 2008

cc:   John R. Griffin, Jr., pro se
       R. Matthew Cairns, Esq.
       Russell F. Hilliard, Esq.
       Robert K. Mekeel, Esq.