```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

**John R. Griffin, Jr.**

    **v.**                       Case No. 08-cv-07-01-PB

**Town of Whitefield, et al.**


**O R D E R**

The court declines to exercise supplemental jurisdiction over the remaining state law claims against Caroline Lack. These claims are dismissed without prejudice to plaintiff's right to pursue his claims in state court. Defendant Caroline Lack's motion to dismiss (Doc. No. 28), and the Defendants' motions for entry of judgment (Doc. Nos. 26 and 27) are denied as moot. The clerk shall enter judgment in favor of the Town defendants and close the case.

    SO ORDERED.

                                                /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

October 14, 2008

cc:   John R. Griffin, Jr., pro se
      R. Matthew Cairns, Esq.
      Russell F. Hilliard, Esq.
      Robert K. Mekeel, Esq.